# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ALBERT D. WASHINGTON | CIVIL ACTION NO. 06-1794-P |
| VERSUS | JUDGE HICKS |
| WARDEN | MAGISTRATE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE**, *sua sponte*, because it is time barred by the one-year limitation period imposed by the AEDPA.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 22nd day of January, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE